B 10 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

## UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF TENNESSEE

In re <u>Joseph C. Cawood;</u> ,
<small>Debtor</small>

Case No. 14-13504

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** <u>Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc</u>

**Court claim no.** (if known):

**Last four digits** of any number you use to identify the debtor's account:      XXXX8789

**Date of payment change:**
Must be at least 21 days after date of this notice      <u>10/01/2014</u>

**New total payment:**
Principal, interest, and escrow, if any      **$ 688.40**

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

[ ] No

[x] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $ <u>168.92</u>      New escrow payment: $ <u>172.79</u>

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

[x] No

[ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: <u>0.0000</u> %      New interest rate: <u>0.0000</u> %

Current principal and interest payment: $ <u>0.00</u>      New principal and interest payment: $

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

[x] No

[ ] Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Current mortgage payment: $ _____      New mortgage payment: $ _____

B 10 (Supplement 1) (12/11)

B 10 (Supplement 1) (12/11)

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

**Check the appropriate box.**

[ ] I am the creditor.   [x] I am the creditor's authorized agent.
              (Attach copy of power of attorney, if any.)

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X _____      Date September ____ 2014
      Signature

Print:      Andrew Goldberg                              Title Authorized Agent
            Lisa Singer
            First Name          Middle Name          Last Name

Company      Rosicki, Rosicki & Associates, P.C.

Address      51 E. Bethpage Road
            Number            Street
            Plainview                    NY          11803
            City                State      ZIP Code

Contact phone   (516) 741–2585                    Email   agoldberg@rosicki.com
                                                          lsinger@rosicki.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change has been served via Electronic Case Filing on the following parties:

Richard L Banks, Esq.

C. Kenneth Still, Esq.

U.S. Trustee

I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change has been served via first class mail on the following parties:

Joseph C. Cawood;
435 Mohawk Dr. NW
Cleveland,, TN 37312

September ____9____ 2014

_____
Felicia Stellman

# seterus™

PO Box 2008; Grand Rapids, MI 49501-2008

**Business Hours (Pacific Time)**
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
**Phone** 866.570.5277

7-789-11507-0000052-001-000-000-000-000

L913C

CAWOOD JR, JOSEPH C
CAWOOD, SHERRI
C/O RICHARD L BANKS
PO BOX 1515
CLEVELAND TN 37364-1515

| ESCROW ACCOUNT STATEMENT | | |
|---|---|---|
| Analysis Date: | 08/19/14 | |
| Loan Number: | | |
| Escrow Account Number: | | |
| **Current Payment** | **New Payment Effective 10/01/14** | |
| Principal and Interest $515.61 | Principal and Interest* | $515.61 |
| Escrow $168.92 | Escrow | $172.79 |
| Total Current Payment $684.53 | **Total NEW Payment*** | $688.40 |

\* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

## NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on 08/12/14. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any deficiency and/or shortage listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

| ANTICIPATED DISBURSEMENTS October 2014 to September 2015 | | ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE Anticipated Activity | | | | |
|---|---|---|---|---|---|---|
| | | | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
| Taxes | 970.00 | Starting Balance | | | | $-1,151.94 |
| Insurance | 1,069.00 | Beginning Balance** | | | | $-1,151.94 |
| PMI | 0.00 | Post Petition Beg Bal* | | | | $628.16 |
| Total Disbursements | 2,039.00 | Date | | | | |
| | | 10/01/2014 | 172.79 | 0.00 | | 800.95 |
| Bankruptcy File Date | 08/12/14 | 11/01/2014 | 172.79 | 0.00 | | 973.74 |
| | | 12/01/2014 | 172.79 | 0.00 | | 1,146.53 |
| Proof of Claim Escrow Balance | | 12/01/2014 | 0.00 | 477.00 | CITY PROPERTY TAX | 669.53 |
| Pre-Petition Escrow Deficiency | $1,489.78 | 12/01/2014 | 0.00 | 493.00 | COUNTY PROPERTY TAX | 176.53 |
| | | 01/01/2015 | 172.79 | 0.00 | | 349.32 |
| Pre-Petition Escrow Shortage | $290.32 | 02/01/2015 | 172.79 | 0.00 | | 522.11 |
| | | 03/01/2015 | 172.79 | 0.00 | | 694.90 |
| Total Escrow POC | $1,780.10 | 04/01/2015 | 172.79 | 0.00 | | 867.69 |
| Payments Applied | $0.00 | 05/01/2015 | 172.79 | 0.00 | | 1,040.48 |
| | | 06/01/2015 | 172.79 | 0.00 | | 1,213.27 |
| Remaining Escrow Balance | | 07/01/2015 | 172.79 | 0.00 | | 1,386.06 |
| Pre-Petition Escrow Deficiency | $1,489.78 | 07/29/2015 | 0.00 | 1,069.00 | HAZARD INSURANCE | 317.06 |
| | | 08/01/2015 | 172.79 | 0.00 | | 489.85 |
| | | 09/01/2015 | 172.79 | 0.00 | | 662.64 |
| Pre-Petition Escrow Shortage | $290.32 | Total | 2,073.48 | 2,039.00 | | |

A deficiency occurs if the escrow account has a negative balance. The pre-petition deficiency is accounted for on the POC and will be collected as part of your pre-petition plan payment.

*Escrow Balance adjusted by proof of claim amounts

An escrow shortage occurs when there is a zero or positive balance in the escrow account but not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months. This pre-petition shortage is accounted for on the POC and will be collected as part of your pre-petition plan payment. The post-petition shortage of $171.91 will be collected over the next 60 installments.

**Beginning balance = Starting balance less any unpaid escrow disbursements due in the prepaid period

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $339.83.

## ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from December 2013 to September 2014. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

| ACTUAL ESCROW ACCOUNT HISTORY | | | | | | |
|---|---|---|---|---|---|---|
| Payments to Escrow | | Payments from Escrow | | Description | Escrow Balance | |
| Projected | Actual | Projected | Actual | | Projected | Actual |
| Beginning Balance Date | | | | | | $-259.81 |
| 12/01/13 | 164.84 | 0.00 * | 0.00 | 0.00 | | -240.77 | -259.81 |
| 12/03/13 | 0.00 | 0.00 | 0.00 | 477.00 * CITY PROPERTY TAX | -240.77 | -736.81 |
| 12/03/13 | 0.00 | 0.00 | 0.00 | 493.00 * COUNTY PROPERTY TAX | -240.77 | -1,229.81 |
| 12/13/13 | 0.00 | 164.84 * | 0.00 | 0.00 | -240.77 | -1,064.97 |
| 01/01/14 | 164.84 | 0.00 * | 0.00 | 0.00 | -75.93 | -1,064.97 |
| 01/13/14 | 0.00 | 164.84 * | 0.00 | 0.00 | -75.93 | -900.13 |
| 02/01/14 | 168.92 | 0.00 * | 0.00 | 0.00 | 92.99 | -900.13 |
| 03/01/14 | 168.92 | 0.00 * | 0.00 | 0.00 | 261.91 | -900.13 |
| 03/04/14 | 0.00 | 159.67 * | 0.00 | 0.00 | 261.91 | -740.46 |
| 03/17/14 | 0.00 | 159.84 * | 0.00 | 0.00 | 261.91 | -580.62 |
| 04/01/14 | 168.92 | 0.00 * | 0.00 | 0.00 | 430.83 | -580.62 |
| 04/18/14 | 0.00 | 159.84 * | 0.00 | 0.00 | 430.83 | -420.78 |
| 05/01/14 | 168.92 | 0.00 * | 0.00 | 0.00 | 599.75 | -420.78 |
| 06/01/14 | 168.92 | 0.00 * | 0.00 | 0.00 | 768.67 | -420.78 |
| 07/01/14 | 168.92 | 0.00 * | 0.00 | 0.00 | 937.59 | -420.78 |
| 07/21/14 | 0.00 | 0.00 | 0.00 | 1,069.00 * HAZARD INSURANCE | 937.59 | -1,489.78 |
| 07/29/14 | 0.00 | 0.00 | 946.00 | 0.00* HAZARD INSURANCE | -8.41 | -1,489.78 |
| 08/01/14 | 168.92 | 168.92 | 0.00 | 0.00  EST: | 160.51 | -1,320.86 |
| 09/01/14 | 168.92 | 168.92 | 0.00 | 0.00  EST: | 329.43 | -1,151.94 |
| Total | $1,681.04 | $1,146.87 | $946.00 | $2,039.00 | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.

NOTE – This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT, BUT NOTICE OF POSSIBLE ENFORCEMENT OF OUR LIEN AGAINST THE COLLATERAL PROPERTY. COLORADO: FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. NEW YORK CITY: 1411669, 1411665, 1411662. TENNESSEE: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.