UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| | : | |
| JOSEPH C. CAWOOD, | : | CASE NO. 14-13504 |
| | : | |
| | : | JUDGE SHELLEY D. RUCKER |
| Debtor. | : | |

### WITHDRAWAL OF OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN

Comes now, Seterus, Inc. as the authorized sub servicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. ("Creditor"), in the above-styled case, and withdraws the Objection to Confirmation of Debtor's Plan, filed on October 1, 2014, Docket No. 36. In support, Creditor will show the Objection to Confirmation resolved.

Respectfully submitted,

  /s/ Larry W. Johnson
Larry W. Johnson, TN Bar No. 019243
RCO Legal, P.S.
1587 Northeast Expressway
Atlanta, GA 30329
678-298-8876
ljohnson@rcolegal.com

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and exact copy of the foregoing document has been served electronically, through the Court's electronic filing system to all parties indicated on the electronic filing receipt, on October 21, 2014, or by United States mail, postage prepaid, to the Debtor on October 22, 2014.

Joseph C. Cawood
435 Mohawk Dr. NW
Cleveland,TN37312

C. Kenneth Still
P.O. Box 511
Chattanooga, TN 37401

Richard L. Banks
393 Broad Street NW
P.O Box 1515
Cleveland, TN 37311
bmerriman@rbankslawfirm.com

/s/ Larry W. Johnson
Larry W. Johnson TN  Bar No. 019243
Attorney for Creditor

**207352**